JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Glacern Machine Tools LLC, etc.<br><br>               Plaintiff,<br><br>   -v-<br><br>Eric Suyu Sun, etc.<br><br>               Defendants. | Case No. SACV11-1641-DOC(JPRx)<br><br>ODER DISMISSING<br>CIVIL ACTION |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: December 14, 2011

                                        *David O. Carter*
                              _____
                                  DAVID O. CARTER
                             United States District Judge